THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SALOMON TOLAYO, on behalf of himself and all others similarly situated. ) ) ) ) | |
| Plaintiff(s) ) ) | Civil Action File No. 1:13-cv-00263-RWS |
| v. ) ) | |
| ECOSHEL, INC., a Georgia Profit Corporation and BRYAN J. KIRKEY, individually. ) ) ) ) | |
| Defendants. ) | |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT

The Parties' Motion for Approval of Settlement having been considered, and for good cause shown, it is hereby Ordered and Adjudged that the Parties' Motion for Approval of Settlement is GRANTED.

SO ORDERED this 30th day of Oct, 2013.

_____
The Honorable Richard W. Story
Judge, United States District Court
Northern District of Georgia