THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SALOMON TOLAYO, on behalf of himself and all others similarly situated. | ) ) ) ) | |
| Plaintiff(s) | ) ) ) | Civil Action File No. 1:13-cv-00263-RWS |
| v. | ) ) | |
| ECOSHEL, INC., a Georgia Profit Corporation and BRYAN J. KIRKEY, individually. | ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED]
## ORDER ON FAIR LABOR STANDARDS ACT SETTLEMENT AND APPROVAL OF SAME

The Court, having considered the Joint Motion for Amendment to Fair Labor Standards Act Settlement and Approval of Same, hereby GRANTS that Motion. It is further ordered that Defendant Ecoshel:

a)    Within 14 days of the entry of an Order approving this Motion, Defendant shall issue checks to Salomon Tolayo, Silvestre Tolayo and Edimar Esegara each in the amount of $1,750.00 minus all appropriate federal and state tax withholding; and

b)    Within 14 days of the entry of an Order approving this Motion,

Defendants shall make payments to each appropriate federal and state entity (including but not limited to the United States Treasury and the Georgia Department of Revenue as applicable) in the respective amounts withheld from the payments to each of the Moving Plaintiffs in an amount equal to that which would have been remitted if the payment had been reported on a W-2 or other appropriate form.

This _2nd_ day of _April_ , 2014.

Respectfully submitted,

The Honorable Richard W. Story
Judge, United States District Court
Northern District of Georgia